# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETTERS COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> STAYHEALTHY, INC., <br> AMERISOURCEBERGEN CORPORATION, <br> AMERISOURCEBERGEN DRUG <br> CORPORATION, <br> AMERISOURCEBERGEN SERVICES <br> CORPORATION, and <br> BERGEN BRUNSWIG DRUG COMPANY, <br><br> Defendants. | Court File No. for Main Action <br> 03-3210 (JRT/FLN) <br> (District of Minnesota) <br><br><br> **Court Misc. File No. for this Motion** <br> **C.A. No. 1:04-mc-10269-DPW** <br> **(District of Massachusetts)** |

## NOTICE OF APPEARANCE OF MARK M. WHITNEY, ESQ.

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel of record for the plaintiff-nonmovant, Petters Company, Inc., in the above-captioned action.

Dated: October 6, 2004

                           Respectfully Submitted,

                           PETTERS COMPANY, INC.,

                           /s/ Mark M. Whitney
                           _____
                           Mark M. Whitney, Esq.
                           BBO # 637054
                           MORGAN BROWN & JOY, LLP
                           One Boston Place
                           Boston, MA 02108
                           Telephone (617) 523-6666
                           Fax (720) 293-9696
                           *Local Counsel for Plaintiff*

        David R. Marshall (MN #184457)
        Crystal M. Patterson (MN #030492X)
        FREDRIKSON & BYRON, P.A.
        200 South Sixth Street
        Minneapolis, MN  55402
        Telephone (612) 492-7154/7192
        Fax (612) 492-7077
        *Co-Counsel for Plaintiff*

Dated:  October 6, 2004

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document has been sent by regular mail to Mr. Duff Brace, *pro se movant*, 887 Broadway, Hanover, MA  02339, on the 6th day of October, 2004.

        /s/ Mark M. Whitney
        _____
        Mark M. Whitney, Esq.