UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETTERS COMPANY, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>STAYHEALTHY, INC.,<br>AMERISOURCEBERGEN CORPORATION,<br>AMERISOURCEBERGEN DRUG<br>CORPORATION,<br>AMERISOURCEBERGEN SERVICES<br>CORPORATION, and<br>BERGEN BRUNSWIG DRUG COMPANY,<br><br>　　　　Defendants. | Court File No. for Main Action<br>03-3210 (JRT/FLN)<br>(District of Minnesota)<br><br><br>**Court Misc. File No. for this Motion**<br>**C.A. No. 1:04-mc-10269-DPW**<br>**(District of Massachusetts)** |

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

　　　　Plaintiff-nonmovant, Petters Company, Inc., pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, submits the following corporate disclosure statement and states that there are no parent companies or publicly-held entities which own 10% or more stock of Petters Company, Inc.

Dated: October 6, 2004

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　PETTERS COMPANY, INC.,

　　　　　　　　　　　　　　　　　　　　/s/ Mark M. Whitney
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Mark M. Whitney, Esq.,
　　　　　　　　　　　　　　　　　　　　BBO # 637054
　　　　　　　　　　　　　　　　　　　　MORGAN BROWN & JOY, LLP
　　　　　　　　　　　　　　　　　　　　One Boston Place
　　　　　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　　　　　Telephone (617) 523-6666
　　　　　　　　　　　　　　　　　　　　Fax (720) 293-9696
　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

2

**CERTIFICATE OF SERVICE**

    This is to certify that a copy of the foregoing document has been sent by regular mail to Mr. Duff Brace, *pro se movant*, 887 Broadway, Hanover, MA  02339, on the 6th day of October, 2004.

                                /s/ Mark M. Whitney
                                _____
                                Mark M. Whitney, Esq.